## United States Bankruptcy Court
### Eastern District of Missouri

In re  **Whittaker Builders, Inc.**　　　　　　　　　　　Case No.　09-50336-705
　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　Chapter　**11**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **WBI RESOLUTION, LLC** | **FIRST BANK** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where transferee payments　　　Court Claim # (if known):　　**64**
should be sent:　　　　　　　　　　　　　　　　　　Amount of Claim:　　**$95,457,846.49**
WBI Resolution, LLC, c/o Armstrong Teasdale LLP　Date Claim Filed:　　**05/14/2010**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105

Phone:　**314-621-5070**　　　　　　　　　　　　　　Phone:　**314-621-5070**
Last Four Digits of Acct #:　　　　　　　　　　　　Last Four Digits of Acct #:

Name and Address where transferee payments should be sent
(if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:　_/s/ [signature], Vice President_　　　　Date:　_4/15/2011_
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§ 152 & 3571.